## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MOSLEY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 26-CV-2994** |
| | : | |
| RIVERS CASINO, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 8th day of July, 2026, upon consideration of Plaintiff James Mosley's

Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is

**ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.     The Complaint is **DEEMED** filed.

3.     The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____

**HON. MIA R. PEREZ**